## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NACHO DADDY, LLC**                                                                 **PLAINTIFF**

**v.**                          **Case No. 4:23-cv-01185-KGB**

**CHRIS EDWARDS,**
**D/B/A NACHO DADDY'S BBQ**                                            **DEFENDANT**

### ORDER

Before the Court is plaintiff Nacho Daddy, LLC's notice of voluntary dismissal (Dkt. No. 6).  The notice accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i).  For good cause shown, the Court adopts the notice of voluntary dismissal.  The Court dismisses without prejudice the action.

It is so ordered this 6th day of March, 2024.

Kristine G. Baker
Chief United States District Judge